

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2021

No. 04-21-00087-CV

**TEXAS COMMISSION ON ENVIRONMENTAL QUALITY** and Post Oak Clean Green, Inc.,
Appellants

v.

**GUADALUPE COUNTY GROUNDWATER CONSERVATION DISTRICT**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1245-CV-C
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

The Appellant's, Post Oak Clean Green, Inc. Motion for an Extension of Time to File Reply Brief is hereby GRANTED. Appellant's reply brief is due on or before August 30, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court